UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MASSIMO POLIERO,

                Petitioner,

        - against -                                      **O R D E R**
                                                         09 CV 2682 (RRM)

BARBARA CENTENARO,

                Defendant.

-------------------------------------------------------X

On August 4, 2009, this Court received a letter from respondent's counsel notifying the Court that counsel intends to call Barbara Centenaro, Paolo Poliero, and Miriam Poliero as witnesses during the hearing scheduled for Monday, August 10, 2009. Centenaro is the respondent, Paolo Poliero is the thirteen year old son of respondent and petitioner, Massimo Poliero, and Miriam Poliero is their nine year old daughter. Respondent requests that the Court interview the children in camera on the record, but outside the presence of the parties and their respective counsel.

Accordingly, the Court hereby Orders that petitioner submit a response by noon on Friday, August 7, 2009 to respondent's request to call Paolo Poliero and Miriam Poliero as witnesses. The Court further Orders that petitioner and respondent submit proposed questions for the Court to ask the children during an in camera interview by the end of the day on Friday, August 7, 2009, should the Court rule in respondent's favor. Finally, this Court Orders that the children shall be available to testify on Monday, August 10, 2009, should the Court rule in respondent's favor.

In addition, on July 29, 2009, this Court Ordered that respondent shall not remove her four minor children from the State of New York, while this action is pending. On August 5, 2008, the Court received a letter from respondent, requesting that the Court modify the travel restrictions set forth in the Order to enable respondent and petitioner to travel with their children in New York, New Jersey, Connecticut, Rhode Island and Massachusetts.

Accordingly, the Court hereby Orders that petitioner submit a response by noon on Friday, August 7, 2009, to respondent's request to amend the travel restrictions such that petitioner and respondent may travel with their children in the states of New York, New Jersey, Connecticut, Rhode Island and Massachusetts.

**SO ORDERED.**

Dated: Brooklyn, New York
       August 6, 2009

/s/ Cheryl Pollak
_____
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York